UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA   JS-6

CIVIL MINUTES—GENERAL

Case No.  CV 17-00727 MWF (PJWx)          Date:  May 24, 2017
Title:    Abdol-Khalil Hajati -v- United States Postal Service

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER DISMISSING ACTION [14]

On April 25, 2017, the Court granted Defendant the United States Postal Service's (the "Government") Motion to Dismiss (the "April 25 Order"). (Docket No. 14). The Court granted Plaintiff Abdol-Khalil Hajati leave to amend the Complaint on or before **May 12, 2017**. (*Id.*).

As of May 24, 2017, no Complaint has been filed. Accordingly, for the reasons set forth in the Court's April 25 Order, this action is **DISMISSED *with prejudice*.**

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.